

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-18-00237-CR

Flanzo Lafonte **TOWNES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0764
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Pro se's Motion for Access to the Appellate Record is hereby GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court